LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone     (415) 646-7160
Facsimile      (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE JOHNSON individually and as the Personal Representative of JOHN E. CHAPMAN ("Decedent"),<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.<br><br>Defendants. | Case No. C 06 1609 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**HON. SAMUEL CONTI**<br><br>ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 1, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

*IT IS SO ORDERED*
/s/ Samuel Conti
Judge Samuel Conti

VOLUNTARY DISMISSAL                                                                              PAGE 1